1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  ACADIA SENESE (CABN 251287)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California  94102
       Telephone:  (415) 436-6809
7      Fax:  (415) 436-7234
       Email: acadia.senese@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,         )      No.  CR 09-0592 EMC
14                                   )
           Plaintiff,                )
15                                   )      STIPULATION AND [PROPOSED]
        v.                           )      ORDER TO CONTINUE STATUS
16                                   )      CONFERENCE
   DAVID L. RIVERA,                  )
17                                   )
           Defendant.                )
18  _____)

19

20     The above matter is currently set for a status conference on December 2nd, 2009 at 2:45 p.m.

21 before your Honor.  The parties stipulate that the status conference be continued to January 20th,

22 2010 at 9:30 a.m..  The parties further request that the matter be set for a potential change of plea.

23     IT IS SO STIPULATED.

24 //

25 //

26

27

28

STIPULATION AND PROPOSED ORDER
CR 09-0592 MAG

1

2    __12/1/09__                  _____/S/_____  
    DATED                                           JON PIPER

3                                                  Counsel for Mr. Rivera

4

5    __12/1/09__                  _____/S/_____  
    DATED                                           ACADIA SENESE

6                                                  Special Assistant United States Attorney

7

                                           **[PROPOSED] ORDER**

8      Based on the stipulation of the parties, the next appearance in the above-captioned matter is

9  continued to January 10, 2010 at 9:30 a.m..

10

11      IT IS SO ORDERED.

12

13    __12/2/09__  
    DATED                                           UNITED STATES MAGISTRATE JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]

STIPULATION AND PROPOSED ORDER  
CR 09-0592 MAG