1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  ACADIA SENESE (CABN 251287)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California  94102
        Telephone:  (415) 436-6809
7       Fax:  (415) 436-7234
        Email: acadia.senese@usdoj.gov
8
   Attorneys for Plaintiff
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,          )    No.  CR 09-0592 EMC
14                                    )
          Plaintiff,                  )
15                                    )    STIPULATION AND [P̶R̶O̶P̶O̶S̶ED]
      v.                              )    ORDER TO CONTINUE STATUS
16                                    )    CONFERENCE
   DAVID L. RIVERA,                   )
17                                    )
          Defendant.                  )
18 _____   )

19

20      The above matter is currently set for a status conference on December 2nd, 2009 at 2:45 p.m.

21  before your Honor.  The parties stipulate that the status conference be continued to January 20th,

22  2010 at 9:30 a.m..  The parties further request that the matter be set for a potential change of plea.

23      IT IS SO STIPULATED.

24  //

25  //

26

27

28

STIPULATION AND PROPOSED ORDER
CR 09-0592 MAG

| | |
|---|---|
| 12/1/09<br>DATED | /S/<br>JON PIPER<br>Counsel for Mr. Rivera |
| 12/1/09<br>DATED | /S/<br>ACADIA SENESE<br>Special Assistant United States Attorney |

### [PROPOSED] ORDER

Based on the stipulation of the parties, the next appearance in the above-captioned matter is continued to January ~~10~~ 20, 2010 at 9:30 a.m..

IT IS SO ORDERED.

1/12/10
DATED

EDW_____
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION AND PROPOSED ORDER
CR 09-0592 MAG

2